IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:
    GREGORY LAHR                                                     CASE NO 16-10024
    DEBTOR                                                          CHAPTER 13

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

TO HONORABLE JUDGE CHRISTOPHER MOTT

GREGORY LAHR, Debtor in the above entitled and numbered case respectfully request an extension of time to file the schedules and statements in the above referenced case. In support thereof Debtors would show the Court the following:

1. On January 6, 2016, Debtor filed an emergency petition for relief under Chapter 7 of the Bankruptcy Code. The schedules, statements and plan are due January 20, 2015.
2. The Section 341 Meeting of Creditors is scheduled February 3, 2016 at 9:00 a.m.
3. Debtor is having a difficult time providing the information needed to file the schedules, statements and plan.
4. The Debtor's schedules and statements will be filed no later than January 7, 2016.

                                       Respectfully submitted,

                                       HICKSON LAW, P.C.

/s/Elizabeth Hickson
Elizabeth J. Hickson, SBN 09586000
4833 Spicewood Springs Rd., #200
Austin, TX 78759
(512) 346-8597
(512) 346-2047 fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 9013(g), the above signed hereby certifies that on 1/20/16, a true and correct copy of the foregoing document was served by regular first class mail upon the following parties-in-interest:

Ron Satija,
Chapter 7 Trustee
P.O. Box 660208
Austin, TX 78766

Gregory Hewitt Lahr
7002 Cassye Cove
Austin, TX 78759

and to all creditors on the attached matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 16-10024-hcm<br>Western District of Texas<br>Austin<br>Wed Jan 20 16:31:00 CST 2016 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Bakers, Sanders LLC<br>11835 W. Olympic Blvd. #1090<br>Los Angeles, CA 90064-5006 |
| Brian Vodicka<br>c/o Zimmerman, Axelrad, Meyer,<br>Stern & Wise, P.C.<br>3040 Post Oak Blvd. Suite 1300<br>Houston, TX 77056-6584 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| First Bank Loan Servicing<br>PO Box 790269<br>St. Louis, MO 63179-0269 | Fred Mancuso<br>7002 Cassye Cove<br>Austin, TX 78759-3773 | Hunt & Henriques<br>151 Bernal Rd. #8<br>San Jose, CA 95119-1491 |
| Icenogle & Sullivan, LLP<br>6805 Capital of Texas Hwy. #220<br>Austin, TX 78731-1749 | Michael K. Colburn<br>10461 Santa Elise Street<br>Cypress, CA 90630-4234 | Nationstar Mortgage<br>PO Box 619094<br>Dallas, TX 75261-9094 |
| Peter E. Barlin<br>c/o: Lisa C. Fancher<br>Fritz, Byrne, Head & Fitzpatrick, PLLC<br>221 W. 6th Street, Suite 960<br>Austin, Texas 78701-3444 | Sarah Savell<br>2120 E. 1st St.<br>Long Beach, CA 90803-2455 | Steve Aubrey<br>c/o Zimmerman, Axelrad, Meyer,<br>Stern & Wise, P.C.<br>3040 Post Oak Blvd. Suite 1300<br>Houston, TX 77056-6584 |
| Thunderbolt Holdings, LLC<br>130 Shore Road #226<br>Port Washington, NY 11050-2205 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana, CA 92799-5341 |
| Elizabeth June Hickson<br>4833 Spicewood Springs Rd., #200<br>Austin, TX 78759-8436 | Gregory Hewitt Lahr<br>7002 Cassye Cove<br>Austin, TX 78759-3773 | Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766-7208 |

End of Label Matrix
Mailable recipients 20
Bypassed recipients 0
Total 20

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

GREGORY LAHR  CASE NO. 16-10024
DEBTOR  CHAPTER 7

## ORDER EXTENDING TIME FOR FILING SCHEDULES AND STATEMENTS

It is hereby ordered that the time to file the schedules and statements in the above entitles and numbered case is extended until January 27, 2016.

###

Hickson Law P.C.
Elizabeth Hickson
4833 Spicewood Springs Ste 200
Austin, TX 78759
Tel: 512-346-8597
Fax: 512-346-2047
lizhickson@hicksonlawpc.com