**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 16-10024 |
| GREGORY HEWITT LAHR, DBA | § | |
| CAPITAL ADVANTAGE DBA CA TX | § | |
| DIRECT, DEBTOR | § | CHAPTER 7 |

**REQUEST FOR NOTICES**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE:

    COMES NOW, the undersigned attorney who requests that all notices in the above-encaptioned matter be copied to Shapiro Schwartz, LLP as follows:

**Shapiro Schwartz, LLP**
**13105 Northwest Freeway**
**Suite 1200**
**Houston, TX 77040**

Respectfully submitted,
SHAPIRO SCHWARTZ, LLP


By: */s/Kirk A. Schwartz*
Kirk A. Schwartz
State Bar No. 24004908
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone (713)462-2565
Facsimile (847)879-4856
Email kschwartz@logs.com
Attorney for Nationstar Mortgage LLC